# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James M. Debardeleben,

       Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:08cv64-2

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/24/08 Order.

                                          Signed: February 25, 2008

                                          Frank G. Johns, Clerk
                                          United States District Court